WILLIAM JUPIN *v.* COMMISSIONER OF CORRECTION

The petitioner William Jupin's petition for certification for appeal from the Appellate Court, 45 Conn. App. 919 (AC 15912), is denied.

BERDON, J., dissenting. I would grant the petitioner William Jupin's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Michael A. Rubino, Jr.*, special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided September 18, 1997

TDS PAINTING AND RESTORATION, INC. *v.* COPPER BEECH FARM, INC.

JOHN M. RUDEY *v.* TDS PAINTING AND RESTORATION, INC.

The petition by Copper Beech Farm, Inc., and John M. Rudey for certification for appeal from the Appellate Court, 45 Conn. App. 743 (AC 15929), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Scott R. Lucas*, in support of the petition.

*Alfred U. Pavlis*, in opposition.

Decided September 18, 1997